# IN THE SUPREME COURT OF THE STATE OF NEVADA

IOTA VIOLET, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; IOTA ROYAL, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA RED, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA CINNAMON, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND IOTA PUMPKIN, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

SCHWAB BUSINESS SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CHRISTINE SCHWAB,

Respondents.

No. 72203

**FILED**

AUG 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

IOTA VIOLET, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; IOTA ROYAL, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA RED, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA CINNAMON, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND IOTA PUMPKIN, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

SCHWAB BUSINESS SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CHRISTINE SCHWAB,

Respondents.

No. 72697

SCHWAB BUSINESS SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CHRISTINE SCHWAB,

No. 72842

SUPREME COURT
OF
NEVADA

(O) 1947A

17-28240

Appellants,

vs.

IOTA VIOLET, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; IOTA ROYAL, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA RED, LLC, A NEVADA LIMITED LIABILITY COMPANY; IOTA CINNAMON, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND IOTA PUMPKIN, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

## ORDER DISMISSING APPEALS

Pursuant to the joint motion of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). Any party aggrieved by a future appealable order entered in the district court may file a new notice of appeal in this court.

It is so ORDERED.

_Cherry_ C.J.

cc:    Hon. Mark R. Denton, District Judge
       Stephen Haberfeld, Settlement Judge
       Ballard Spahr LLP
       Peterson Baker, PLLC
       Eighth District Court Clerk